UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| KEVIN ADAUL URRACO SIERRA, | § | |
| Petitioner, | § § | |
| VS. | § | CIVIL ACTION NO. 1:20-CV-29 |
| MICHAEL J PITTS, *et al.*, | § § § | |
| Respondents. | § | |

### ORDER

Pending before the Court is Petitioner's Unopposed Motion for Voluntary Dismissal (Doc. 34) pursuant to Federal Rule of Civil Procedure 41(a)(2), as well as Defendants' Motion to Dismiss (Doc. 31) and Partial Motion for Summary Judgment (Doc. 32). The Court finds the Motion for Voluntary Dismissal well taken. Accordingly, it is;

**ORDERED** that Petitioner Kevin Adaul Urraco Sierra's Unopposed Motion for Voluntary Dismissal (Doc. 34) is **GRANTED**;

**ORDERED** that all of Petitioner's causes of action are **DISSMISSED WITHOUT PREJUDICE**;

**ORDERED** that Defendants' Motion to Dismiss (Doc. 31) and Partial Motion for Summary Judgment (Doc. 32) are **DENIED AS MOOT**; and

**ORDERED** that all costs incurred in this proceeding are taxed against the party having incurred the same.

The Clerk's Office is directed to terminate this case.

SIGNED this 28th day of April, 2020.

*Fernando Rodriguez, Jr.*
Fernando Rodriguez, Jr.
United States District Judge